**Angeles GUTIERREZ, on behalf of herself and all others similarly situated, Plaintiff–Appellant,**

v.

**GC SERVICES LIMITED PARTNERSHIP, Defendant–Appellee.**

No. 10–3832–cv.

United States Court of Appeals, Second Circuit.

June 17, 2011.

Adam J. Fishbein, Adam J. Fishbein, P.C., Cedarhurst, NY, for Appellant.

David M. Schultz (Todd P. Stelter, on the brief), Hinshaw & Culbertson, Chicago, IL, for Appellees.

PRESENT: DENNIS JACOBS, Chief Judge, RALPH K. WINTER, B.D. PARKER, Circuit Judges.

*SUMMARY ORDER*

Plaintiff–Appellant Angeles Gutierrez ("Gutierrez") appeals from the judgement of the United States District Court for the Eastern District of New York (Weinstein, *J.*) dated August 27, 2010, dismissing Gutierrez's complaint pursuant to Fed. R.Civ.P. 12(b)(6). We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

"We review *de novo* the grant of a motion to dismiss for failure to state a claim upon which relief can be granted under [Fed.R.Civ.P.] 12(b)(6)." *Harris v. Mills*, 572 F.3d 66, 71 (2d Cir.2009). We consider the legal sufficiency of the complaint, taking its factual allegations to be true and drawing all reasonable inferences in the plaintiff's favor. *See id.*

Having conducted a *de novo* review of the record in light of these principles, we affirm the judgment below for substantially the same reasons stated by the District Court in its decision, which is as well-reasoned as it is brief.

We have considered all of Gutierrez's remaining arguments and find them to be without merit. For the foregoing reasons, the judgment of the district court is hereby **AFFIRMED**.